UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Thuan Han Tang,

    *Petitioner*,

v.

Pamela BONDI, *et al.*,

    *Respondents.*

Case No: 3:25-cv-347

## [~~Proposed~~] ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Upon consideration of Petitioner's Motion to Dismiss Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and finding that dismissal will not result in legal prejudice to Respondents,

    IT IS HEREBY ORDERED that the Motion is GRANTED.

    IT IS FURTHER ORDERED that the above-captioned action is DISMISSED WITHOUT PREJUDICE.

    The Clerk of Court shall mark this case CLOSED.

    SO ORDERED.

    February 20, 2026

1

*[signature]*
Stephanie L. Haines
United States Dirstrict Judge
Western District of Pennsylvania